FILED

# United States District Court

SEP 27 2005

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

TONY EUGENE BIRCHFIELD

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:05mj'113-CSC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 26, 2005, in Montgomery county, in the Middle District of Alabama defendant(s) did, (Track Statutory Language of Offense)

by force, violence and intimidation take from the person or presence of another money in the care, custody and control of a bank, that being the First Tuskegee Bank in Montgomery, Alabama, said bank being federally insured,

in violation of Title __18__ United States Code, Section(s) __2113(a)__

I further state that I am a(n) __FBI Agent__ and that this complaint is based on the following facts:
Official Title

See attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 27, 2005                          at    Montgomery, Alabama
Date                                                      City and State

CHARLES S. COODY, U.S. Magistrate Judge         _____
Name & Title of Judicial Officer                                Signature of Judicial Officer

## AFFIDAVIT

I, James K. Murray, do hereby state the following information:

I am employed as a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for over 17 years. During this time, I have received training in the investigation of bank robberies and have personally participated as a case agent or assisting agent in dozens of bank robberies in three FBI Field Divisions. I am currently assigned to the Mobile Division, Montgomery Resident Agency of the FBI.

In connection with my official duties, I have been personally involved in a bank robbery which occurred on September 26, 2005, at 2:38 p.m. at the First Tuskegee Bank which is insured by the Federal Deposit Insurance Corporation, located at 2774 Eastern Boulevard in Montgomery, Alabama. My investigation, in part, includes discussions with agents of the Federal Bureau of Investigation and detectives of the Montgomery Police Department.

During the aforementioned robbery, a lone white male wearing a white t-shirt, green baseball cap, and sunglasses approached a victim teller and presented a bank robbery demand note. The victim teller further described the robber as being approximately 5'9" and weighing 220 pounds. The victim teller, perceiving that the robber may have a weapon, handed over $1,445.00 of U.S. currency which included a tracking device and

serial numbered bait bills. The teller complied with the robber's demands. The robber placed the money into a bag and fled the bank. A few moments later, a Montgomery Police Officer received a tracking signal which led him to a GMC pick-up truck being operated by Tony Eugene Birchfield, d/o/b 6/14/49, social security #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. Birchfield physically resembled the description given by the victim teller. The truck was travelling south on Interstate 85 in the vicinity of the robbery. Montgomery Police Officers pulled the truck over and located the tracking device from the bank robbery, along with a large amount of currency placed in a gym bag in the front seat. Police Officers located the tracking device with serial number G58518933F. Further bait bills from the bank robbery were later discovered in the gym bag.

Mr. Birchfield was brought back to the bank and positively identified as the bank robber by the victim teller from approximately 10 feet away. The victim teller advised officers that she was positive that Tony Eugene Birchfield was the suspect who had robbed her less than an hour earlier. In addition to the currency which was positively identified as taken by the bank robber, items of the bank robber's disguise were found in Birchfield's vehicle.

For the above reasons, your affiant is confident that Tony Eugene Birchfield robbed the First Tuskegee Bank located at

2

2774 Eastern Boulevard, Montgomery, Alabama, on September 26, 2005, in violation of Title 18, United States Code, Section 2113(a).

                                                  _____  
                                                  James K. Murray  
                                                  Federal Bureau of Investigation

Subscribed and sworn before me this 27 day of September, 2005.

_____  
United States Magistrate Judge

3