# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

TONY EUGENE BIRCHFIELD

**WARRANT FOR ARREST**

CASE NUMBER: 2:05mj113-CSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Tony Eugene Birchfield___
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

by force, violence and intimidation take from the person or presence of another money in the care, custody and control of a bank, that being the First Tuskegee Bank in Montgomery, Alabama, said bank being federally insured,

in violation of Title ___18___ United States Code, Section(s) ___2113(a)___

CHARLES S. COODY
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_____
Signature of Issuing Officer

SEPTEMBER 27, 2005   MONTGOMERY, ALABAMA
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |