FILED
OCT - 4 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIM. NO. 2:05CR243-F |
| v. ) | [18 U.S.C. 2113(a)] |
| ) | |
| TONY EUGENE BIRCHFIELD ) | **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

On or about the 26th day of September, 2005, in Montgomery County, within the Middle District of Alabama, the defendant,

TONY EUGENE BIRCHFIELD,

by force, violence and intimidation did take from the person and presence of another, approximately $1,445.00 in currency belonging to and in the care, custody, control, management and possession of The First Tuskegee Bank, located at 2774 Eastern Boulevard, Montgomery, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney