✎AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

**TONY EUGENE BIRCHFIELD**
**MONTGOMERY COUNTY JAIL**

**WARRANT FOR ARREST**

Case Number:  **2:05CR243-F**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**TONY EUGENE BIRCHFIELD**__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

**Bank Robbery**

in violation of Title __18__ United States Code, Section(s) __2113(a)__

**DEBRA P. HACKETT**
Name of Issuing Officer

*Kelli Gregg* (signature)
Signature of Issuing Officer

**CLERK OF COURT**
Title of Issuing Officer

**10/5/05 AT MONTGOMERY, AL.**
Date and Location

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |