IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
☒ Northern    ☐ Southern    ☐ Eastern

**COURTROOM DEPUTY MINUTES**

**DATE:** 10-5-2005    **TIME/DIGITAL RECORDING:** 4:00 – 4:10 pm
**JUDGE:** Delores Boyd
**CTRM CLERK:** sql    **CRT RPTR:**
**CASE NO.** 2:05cr243-F    **USA vs.** Tony Eugene BIRCHFIELD

**DEFT ATTY:** ~~Redmond~~ Butler — Oral Motion Appt Cnsl
☒ FD  ☐ CJA  ☐ Ret  ☐ Waived  ☐ Standing In  ☐ Retain Cnsl Ntc.
**COURT APPOINTS:** ☒ FD  ☐ CJA  ☐ Deft. to Retain Counsel _____
**SUSA:** Redmond    **USPO/USPTS:** Craft

**Interpreter Needed:** ☐ Yes  ☒ No  Name:_____

**LOCATION:**    ☒ ARREST: 10-4-05  ☒ LC  ☐ LO  ☐ LR  ☐ Kars 40

**HEARING** Held/Set:
☒ IA. Dft. Advised of Rights   ☐ DETENTION   ☐ PRLHRG
☐ RULE44HRG   ☐ BOND HRG   ☐ PROB/SUP REL VIOLATOR

☐ ARR   PLEA Entered:   ☐ Guilty  ☐ Not Guilty
       Ptrl Cnf Set: _____    Disc DDL Set: _____

☐ CHGPLHRG/CONSENT PLEA  Held  ☐ Set for:_____

☐ Written PLEA AGREEMENT Filed/Executed  ☐ Oral Agreement

☐ GUILTY PLEA/Counts: _____

☐ COUNTS/DISM/GVT_____  ☐ Oral Motion  ☐ At Sentencing

☐ TRIAL Set For: _____  SENTENCING Set for: _____

**WAIVERS/CONSENT/AFF:**
☒ FINAFF   ☐ WVRPRLHRG.   ☐ WVRR40hrg
☐ WVINDICTMENT Executed & Filed  ☐ INFORMATION filed
☐ CONSENT TO PROCEED Executed
☐ WAIVER OF SPEEDY TRIAL Executed. Set for Trial Term:_____

**MOTIONS:**
☒ DTNHRG   ☒ Written  ☐ Oral  /  ☐ Govt  ☐ Deft
Detention Hearing Set For:_____
☐ Other_____

**ORDERS:**
☐ BOND Executed $ _____
☐ Cont'd Bond Imposed: _____
☐ Conditions of Release. *Defendant advised of conditions.*
☐ Probable Cause. *Defendant bound over to Grand Jury*
☐ Remvldist _____  ☐ Rem Hrg. Set: _____
☐ Temporary Detention Pending *Hearing*  ☐ Pending *Trial*
☐ Seal _____
☐ Other _____

**COMMENTS:**