UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER OF TEMPORARY DETENTION |
| | ) | PENDING HEARING PURSUANT TO |
| | ) | BAIL REFORM ACT |
| v. | ) | |
| | ) | |
| TONY EUGENE BIRCHFIELD | ) | 2:05-CR-243-F |

## ORDER

Upon the *motion* of the United States (Doc.9, October 5, 2005), it is **ORDERED** that a **detention hearing is set at 3:00 p.m. on October 12, 2005**, in The Frank M. Johnson, Jr. Federal Building and United States Courthouse, Montgomery, Alabama, in District Courtroom 4A, before United States Magistrate Judge Delores R. Boyd . Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

DONE this 6th day of October, 2005.

　　　　　　　　　　　　　　　　　　**/s/ Delores R. Boyd**
　　　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon the motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2). A hearing is required whenever the conditions set forth in 18 U.S.C.§3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.