UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | )   2:05-CR-243-F |
| | ) |
| v. | ) |
| | ) |
| TONY EUGENE BIRCHFIELD | ) |

## ORDER

Pursuant to the *Defendant's Waiver of Detention Hearing* (Doc. 12, filed October 11, 2005), it is **ORDERED** that the detention hearing set at 3:00 p.m. on October 12, 2005, is hereby CANCELLED. It is further **ORDERED** that the Government's *Motion for Detention Hearing* (Doc. 9, October 9, 2005) is now GRANTED to the extent of its now-unopposed *Motion for Detention*.

Accordingly, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

DONE this 12th day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE