IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
**NORTHERN** - SOUTHERN - EASTERN  DIVISION

UNITED STATES OF AMERICA )
)
v )
Tony Eugene Birchfield ) CR. NO. 2:05CR243-F
)

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Tony Eugene Birchfield defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

10/19/2005                                    Tony E Birchfield
**DATE**                                      **DEFENDANT**

                                              [signature]
                                              **ATTORNEY FOR DEFENDANT**