# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 10/19/2005

DIGITAL RECORDING: 10:34 - 10:36 a.m.

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd        DEPUTY CLERK: S. Q. Long, Jr.

CASE NO. 2:05cr243-F        DEFT. NAME: Tony Eugene BIRCHFIELD

USA: Morris        ATTY: Bethel

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ___ does ___ ✓ does NOT need an interpreter

Interpreter present ✓ NO ___ YES   NAME: _____

---

- ☐ kars.      Date of Arrest _____ or  ☐ karsr40
- ☐ kia.       Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.     Deft. First Appearance with Counsel
- ☐           Deft. First Appearance without Counsel
- ☐           Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff.   Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted   ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐           Deft. Advises he will retain counsel. Has retained _____
- ☐           Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐           Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.    **Detention Hearing** ☐ held; ☐ set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.     **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered. Deft. advised of conditions of release
- ☐ kbnd.      ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
               ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC)  Bond NOT executed. Deft to remain in Marshal's custody
- ☐           Preliminary Hearing ☐ Set for _____
- ☐ ko.       Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐           Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☑ karr.    ARRAIGNMENT SET FOR: _____ ☑ HELD. Plea of **NOT GUILTY** entered.
- ☑           Set for 2-13-06 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
              DISCOVERY DISCLOSURES DATE: 10-19-05
- ☐ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☑ kwvspt   **Waiver of Speedy Trial Act Rights Executed**