IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-243-F |
| | ) | |
| TONY EUGENE BIRCHFIELD | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed October 28, 2005, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of TONY EUGENE BIRCHFIELD, to Special Agents Jim Murray and/or Tom Hetrick, Federal Bureau of Investigation, on October 31, 2005, through March 31, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Special Agents Jim Murray and/or Tom Hetrick return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE