# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ **Northern**   ☐ Southern   ☐ Eastern

**HON.** Delores Boyd    **AT** Montgomery, Alabama

**DATE COMMENCED** 12-1-2005    @ 11:31    ☒ a.m. ☐ p.m

**DATE COMPLETED** 12-1-2005    @ 11:32    ☒ a.m. ☐ p.m

**CASE NO.** 2:05cr243-F

UNITED STATES OF AMERICA    **VS.**    Tony Eugene BIRCHFIELD
Plaintiff(s)                              Defendant(s)

### APPEARANCES

**Plaintiff(s)/Government**            **Defendant(s)**
Morris                                  Donnie Bethel

### COURT OFFICIALS PRESENT:

**Ctrm Clerk:** S. Q. Long, Jr.    **Crt Rptr:**
**Law Clerk:**                     **Interpreter:**
**USPO/USPTS:**                    **Other:**

### PROCEEDINGS:

☐ Motion Hearing:            ☐ Oral Argument            ☐ Evidentiary Hrg.
☐ Status Conference          ☐ Scheduling Conf.         ☐ Show Cause
☐ Revocation                 ☐ Telephone Conf.          ☐ Sentencing
☐ Settlement Conference      ☐ Revocation/Prtrl/SupvRel/Prob
☐ Non-Jury Trial
☐ Other _____

☒ **Pretrial Conference**
**Pending Motions:** None
**Discovery Status:** None    **Plea Status:** Yes
**Trial Status/Length:** 1 Day    **Trial Term:**