COURTROOM DEPUTY'S MINUTES       DATE:  2-6-2006
MIDDLE DISTRICT OF ALABAMA       DIGITAL RECORDING: *11:01 — 11:20 am*
                                 COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT            ✔CHANGE OF PLEA          ☐ CONSENT PLEA
☐ RULE 44(c) HEARING     ☐ SENTENCING

PRESIDING MAG. JUDGE:   DRB        DEPUTY CLERK:   sql
CASE NUMBER:  2:05CR243-LSC        DEFENDANT NAME:   TONY EUGENE BIRCHFIELD
AUSA:         Morris      DEFENDANT ATTORNEY:  Donnie Bethel
                          Type counsel ( )Waived; ( )Retained; ( )CJA; ((FPD))
                          ( ) appointed at arraignment; ( ) standing in for: _____
PTSO/USPO:
Interpreter present? (✔)NO; ( )YES    Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:       ☐ Not Guilty
            ✔Guilty as to:
               ✔Count(s):   /
            ☐ Count(s):                    ☐ dismissed on oral motion of USA
                                              ☐ to be dismissed at sentencing
✔ Written plea agreement filed   ☐ ORDERED SEALED
ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts   /   .
☐ CRIMINAL TERM:          ☐ WAIVER OF SPEEDY TRIAL filed.
            DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond;  ☐ summons; for:
            ☐ Trial on _____; ☐ Sentencing on _____
✔ ORDER: Defendant remanded to custody of U. S. Marshal for:
            ☐ Trial on _____; or ✔ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                     ☐ Defendant requests time to secure new counsel